## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CAROLINE MCCLANAHAN, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case: 4:20-cv-00907-AGF ) |
| WEBSTER UNIVERSITY, | ) ) |
| Defendant. | ) ) |

## DEFENDANT WEBSTER UNIVERSITY'S
## MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION
## TO DISMISS (DKT NOs. 18 & 19) AND MOTION TO STRIKE (DKT NOs. 20 & 21)

Defendant Webster University respectfully moves this Court to stay discovery in this case pending the Court's ruling on Webster's Motion to Dismiss (Dkt# 18, 19) and Motion to Strike (Dkt # 20, 21). If either motion is granted, even in part, it would significantly narrow the claims and class members at issue, if not dispose of this litigation altogether. In light of the nature of the claims, discovery could be broad and onerous. A stay is therefore appropriate to avoid expensive and potentially unnecessary discovery.

In support of its Motion, Webster relies on and incorporates by reference the Memorandum of Law filed contemporaneously herewith.

**ARMSTRONG TEASDALE LLP**

Dated: August 21, 2020

*/s/ Travis R. Kearbey*
Travis R. Kearbey #58964MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
tkearbey@atllp.com

and

Charles Steese *(pro hac vice)*
IJay Palansky, *(pro hac vice)*
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: 720.200.0676
Fax: 720.200.0679
csteese@armstrongteasdale.com
ipalansky@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
WEBSTER UNIVERSITY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties of record.

                                                      */s/ Travis R. Kearbey*